

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2018

No. 04-18-00950-CV

**IN THE INTEREST OF L.G.**, et al Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Laura Salinas, Judge Presiding

## O R D E R

This is an accelerated appeal of an order in a suit affecting the parent-child relationship filed by a governmental entity for managing conservatorship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. The reporter's record was due December 17, 2018, but it was not filed. On December 21, 2018, this court notified Debra Jimenez by letter that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our notice required Jimenez to file the record by December 31, 2018. Ms. Jimenez has filed a request for an additional extension of time to file the record.

We grant the motion and **order** the Debra Jimenez to file the reporter's record in this appeal by **January 10, 2019**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days).

We **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed"). Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court